CLP
CAPITOL LAW PARTNERS

October 16, 2026

Via ECF
Honorable Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

**Re:** *Roman Jimenez v. Mullin, et al., Civ. No. 3:26-11881*

Dear Honorable Judge Kirsch:

Petitioner advises that he is not seeking any further relief in this action. Petitioner respectfully requests that the Court dismiss the Petition without prejudice.

Respectfully submitted,

*/s/ Cagatay Ersoy*
Cagatay Ersoy, Esq.
Counsel for Petitioner

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** October 14, 2026

(202) 440-2272
capitollawpartners.com
info@capitollawpartners.com
13873 Park Center Road, STE 152
Herndon, Virginia 20171